UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
ALFREDD TRIPPETT, on behalf of herself and
all others similarly situated,                                  Civil Action No.

                     Plaintiff,                              1:24-cv-2976


    -against-

VEGAN ON THE FLY, CORP.,                              **JOINT STIPULATION OF**
                                                                              **DISMISSAL WITH PREJUDICE**
                     Defendant.
_____x

Plaintiff, Alfred Trippett, and Defendant, Vegan on the Fly, Corp., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.


Dated: June 26, 2024


By: _/s/ Gabriel Levy_                         By: _____

Gabriel A. Levy, Esq.                                Nolan Klein, Esq.
   Attorney for Plaintiff                            Attorneys for Defendant
Gabriel A. Levy, P.C.                               Nolan Klein, P.A.
1129 Northern Blvd, Ste 404                5550 Glades Road, Ste 500
Manhasset, NY 11030                            Boca Raton, FL 33431
T: 347-941-4715                                      T: (954) 745-0588
Glevy@glpcfirm.com                            Klein@nklegal.com


**So Ordered.**

s/Nicholas G. Garaufis
_____
**Hon. Nicholas G. Garaufis**
**Date:** 6/28/24